# Exhibit A

RECEIVED FOR FILING
MAGISTRATE COURT
CHATHAM COUNTY, GA.

2025 MAR 26 P 12:36

BY BM

**MAGISTRATE COURT OF CHATHAM COUNTY**
**133 Montgomery Street, Room 303, Savannah, GA 31401**
**(912) 652-7181 https://courts.chathamcountyga.gov**

Case #: MGCV25-04918

Ebony Johnson
2807 Ryals St
Savannah Ga 31405
Cell: 912-306-9128
**PLAINTIFF(S)**
vs
Benedictine Military Academy
6502 Seawright Dr
Savannah GA 31405
Reg. Agent: Jacob Horne
**DEFENDANT(S)**

**STATEMENT OF CLAIM**
General Civil Other

Plaintiff states the Defendant is indebted to the Plaintiff as follows:
See attachment

That said claim is in the amount of $15,000.00 plus $103.25 costs to date; and all future costs of this suit.

State of Georgia, Chatham County:
being duly sworn on oath says the foregoing is a just and true statement of the Plaintiff and claim made by Plaintiff against Defendant, exclusive of all set-offs and just grounds of defense.

Sworn to and subscribed before me this
March 26, 2025

Brielle McCarthy
Deputy Clerk

Plaintiff (Agent for)

**NOTICE AND SUMMONS**

To: ALL DEFENDANTS

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is asking for judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING. NO TELEPHONE ANSWERS ARE PERMITTED.
The Court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the Court at once for assistance.
If you have any claim against the Plaintiff, you should notify the Court immediately by filing a written answer and counterclaim. If you admit the claim, but desire additional time to pay, you must come to the hearing and state the circumstance to the Court. You may come with or without an attorney.

Brielle McCarthy
Deputy Clerk

My name is Ebony Johnson. On March 27th 2023 Tybee Island Police Department went to Benedictine Military Academy in search of an African American male with the nickname AJ. The police had no warrant and no picture of the suspect at arrival. At that time my 17 year old son Saddam Wade was a student at the school whose nickname is AJ was present in class. My son was removed from class and placed in a room with the Tybee Island police to be questioned. My son explained to the police that he did not want to be questioned without his parents or an attorney present and was sent back to class. No phone call was placed to either parents at that time. A parent of another child observed my son with the police and placed a call to me to make me aware. I placed a call to the school and was transferred to the Principal at that time Dr. Jacob Horne who stated that he was just about to place a call to me concerning this matter. I explained to him that I should have been called prior to my son being placed in integration with the police. My son's name and information and a description of his car was given to the police. Two days later a warrant for aggravated assault was issued for my son. Saddam was then arrested and bonded out of jail and returned to school the following day. When Saddam returned to school he was then expelled for being arrested and was unable to finish his junior year and unable to to return his senior year and walk at graduation with his class. Saddam's life was completely turned upside down due to this ordeal. The aggravated assault charges against Saddam were later dropped. I have chosen to implement this lawsuit against Benedictine Military Academy due to the fact that the police came to the school with a nickname of a suspect with no picture. My son's name and information was given to the police based on the fact that he is a black male with the nickname AJ. This intern caused my son to be arrested and his picture to be placed on the internet for aggravated assault and to be expelled from school. This situation was embarrassing, stressful, and caused a lot of mental anguish. I feel BC failed to protect my son, did not contact me prior to placing him in interrogation with the police to give his parents the rights to seek legal counsel, and BC gave the police my son's real name to allow them to issue a warrant for arrest based on a nickname and his race. Under FERPA, a school may not generally disclose personally identifiable information from an eligible student's education records to a third party unless the eligible student has provided written consent. Saddam's parents did not provide consent for his information( his name) to be released and no warrant was presented to request my son's name. My son was associated with the person in question because of his name and skin color. I am submitting this lawsuit in the amount of $15,000 to cover lost tuition due to expulsion, wrongful release of information which resulted in arrest that was later determined untrue, Bond money, attorney fees, and pain and suffering due to public humiliation because of a mugshot being placed on the internet.




## CIVIL SUIT INFORMATION SHEET

2025 MAR 26 P 12:29

Plaintiff's Name/Company Name (If this is a company, give the correct legal business name.)

Plaintiff's Name: Ebony Johnson + ~~Saddam Wade~~ E.J.
Agent Name: BY BM
Address: 2807 Ryals St
City and Zip Code: Savannah Ga 31405
Phone Number: 912-306-9128
Email Address: Ebonyjohnson1982@yahoo.com

Defendant's Name (If this is a company, give the correct legal business name. To find out if this company is incorporated call the GA Secretary of State at 404-656-2817. You will need to know who the registered Agent is of the company. If the company is not incorporated call the Chatham County Business License at 912-201-4302 or the Savannah Business License at 912-651-6450).

Defendant's Name: Benedictine Military Academy
Registered Agent: Jacob Horne
Address: 6502 Seawright Dr.
City and Zip Code: Savannah Ga 31405
Phone Number: 912-644-7000
Email Address: __________

If Defendant address is outside of Chatham County, please complete the following:

County Agency Complete Name __________
Sheriff's Department Address __________
City and Zip Code __________
Cost of Service __________

Is the Defendant a member of the armed forces of the United States on Active Duty? No

What type of claim are you filing? (note, account, damages, debt, petition in trover) Damages

Please give a brief explanation of your civil suit.

See Attachment

How much are you filing this suit for? $15,000

Signature of Plaintiff [signature]



**Magistrate Court of Chatham County**
133 MONTGOMERY STREET, ROOM 303
SAVANNAH, GEORGIA 31401
(912) 652-7181

**Sheriff's Entry of Service**
**General Civil Other**

**MGCV25-04918**

**Notice of Service on:**

**Ebony Johnson**
**Vs**
**Benedictine Military Academy**

**Benedictine Military Academy**
**6502 Seawright Dr**
**Savannah Ga 31405**
**Reg. Agent:**

---

[___] **PERSONAL**
I have this day served the Defendant Benedictine Military Academy personally with a true copy of the within petition and summons.

---

[___] **RESIDENTIAL**
I have this day served the Defendant Benedictine Military Academy with a true copy of the within petition and summons by serving the same upon ______________________________ ________,
a person Sui Juris residing on the premises.

---

[___] **CORPORATE**
I have this day served the Defendant Benedictine Military Academy, a corporation, with a true copy
of the within petition and summons by handing the same in person to ________________,
an officer of said corporation.

---

[___] **DILIGENT SEARCH**
Diligent search made and Defendant is not to be found in the jurisdiction of this Court

---

This ____________ day of ________________, 20___.

______________________________
Deputy Sheriff

**Magistrate Court of Chatham County**
133 MONTGOMERY STREET, ROOM 303
SAVANNAH, GEORGIA 31401
(912) 652-7181

**Sheriff's Entry of Service**
**General Civil Other**

**MGCV25-04918**

**Notice of Service on:**

**Ebony Johnson**
**Vs**
**Benedictine Military Academy**

**Benedictine Military Academy**
**6502 Seawright Dr**
**Savannah Ga 31405**
**Reg. Agent:**

[___] **PERSONAL**
I have this day served the Defendant Benedictine Military Academy personally with a true copy of the within petition and summons.

[___] **RESIDENTIAL**
I have this day served the Defendant Benedictine Military Academy with a true copy of the within petition and summons by serving the same upon ______________________________ ________,
a person Sui Juris residing on the premises.

[___] **CORPORATE**
I have this day served the Defendant Benedictine Military Academy, a corporation, with a true copy
of the within petition and summons by handing the same in person to ________________,
an officer of said corporation.

[___] **DILIGENT SEARCH**
Diligent search made and Defendant is not to be found in the jurisdiction of this Court

This ____________ day of ________________, 20___.

______________________________
Deputy Sheriff

9



**Magistrate Court of Chatham County**
133 MONTGOMERY STREET, ROOM 303
SAVANNAH, GEORGIA 31401
(912) 652-7181

**Sheriff's Entry of Service**
**General Civil Other**

## MGCV25-04918

**Notice of Service on:**

**Ebony Johnson**
**Vs**
**Benedictine Military Academy**

**Benedictine Military Academy**
**6502 Seawright Dr**
**Savannah Ga 31405**
**Reg. Agent:**

---

**[___] PERSONAL**
I have this day served the Defendant Benedictine Military Academy personally with a true copy of the within petition and summons.

---

**[___] RESIDENTIAL**
I have this day served the Defendant Benedictine Military Academy with a true copy of the within petition and summons by serving the same upon ______________________________ ________,
a person Sui Juris residing on the premises.

---

**[ ✓ ] CORPORATE**
I have this day served the Defendant Benedictine Military Academy, a corporation, with a true copy
of the within petition and summons by handing the same in person to Jaws Horne,
an officer of said corporation.

---

**[___] DILIGENT SEARCH**
Diligent search made and Defendant is not to be found in the jurisdiction of this Court

---

This 28 day of Mar, 20 25.

[signature] 719
Deputy Sheriff