IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EBONY JOHNSON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-100 |
| v. | |
| BENEDICTINE MILITARY ACADEMY, | |
| Defendant. | |

**O R D E R**

Defendant filed a Consent Motion for Stay of Discovery.  Doc. 5.  Defendant asks the Court to stay discovery and other proceedings in this case pending resolution of its motion to dismiss.  Defendant represents Plaintiff consents to the Motion.  Id.  Upon review, the Court **GRANTS** the Motion and **STAYS** the proceedings, including discovery obligations, in this case.  If the case remains pending after resolution of Defendant's motion to dismiss, this stay shall lift automatically, and the parties shall file another Rule 26(f) report within 21 days of the order on Defendant's motion to dismiss.

**SO ORDERED**, this 25th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA