AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EBONY JOHNSON,

    Plaintiff,

v.

BENEDICTINE MILITARY SCHOOL, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:25-CV-100

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered July 30, 2025, Defendant's motion to dismiss is granted, and Plaintiff's complaint is dismissed with prejudice. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

7/30/2025
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk